**Michael Malik ALLAH, Appellant**

v.

**Martin HORN, (Comm.); Robert S. Bitner, (Corc); (Supt.) Ben Varner; (Deputy Supt.) Gregory R. White; (Dscs) Paul J. Stowitzsky; (Major) Dennis Duke; (Capt.) Sparbanie; (Capt.) Kingston; (Lt.) Matzus; (Lt.) Roach; (Lt.) Grainy; Charles Rossi; Ms. Kelly; (D.A.T.S.) J. Hewitt; Clyde Haught; Dr. Falor; (U.M.) Jean Mears; (U.M.) Kent Warman; (Sgt.) Mitchell; (Cam II) John D'Eletto; Maria Balestrieri, Counselor; Ben E. Ansey, Hearing Examiner; T. Scott Burris, Tr. Coor.; Michael P. Bruno, Cam I; Joyce A. Korman, Unite Manager; R.W. Sell, Counselor.**

No. 98–3408.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Jan. 8, 2002.

Filed: Jan. 9, 2002.

Before: MANSMANN, RENDELL and FUENTES, Circuit Judges.

OPINION

RENDELL, Circuit Judge.

Michael Malik Allah appeals from the District Court's dismissal of his civil rights complaint for failure to exhaust administrative remedies. In its brief, the government concedes that Allah did exhaust his administrative remedies, and this case should be remanded. Accordingly, we will VACATE the District Court's order granting the state defendants' motion to dismiss and will REMAND for further proceedings.

Allah also appeals the District Court's order granting Dr. Falor's motion to dismiss. We will AFFIRM that order, as we agree that Allah failed to state a claim against Dr. Falor.